UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 01916
    BRUCE S WALLACE
    SURAYYAH S WALLACE                     CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

           Debtor
    SSN XXX-XX-2824    SSN XXX-XX-7803
```

--------------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1.  The case was filed on 03/01/06 and confirmed on 05/12/06.

2.  The case was dismissed after confirmation, 07/18/2008.

3.  The Debtor paid a total of $ 52325.00 .

4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | 32249.61 | .00 | 32249.61 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 15422.19 | .00 | 15422.19 |
| HFC/BENEFICIAL | UNSECURED | 8491.44 | .00 | 424.57 |
| SEVENTH AVENUE | UNSECURED | 235.15 | .00 | 11.76 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 424.41 | .00 | 21.22 |

Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 47671.80 | .00 | 9151.00 | .00 | 56822.80 |
| PRINCIPAL PAID | 47671.80 | .00 | 457.55 | .00 | 48129.35 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 47671.80 | .00 | 457.55 | .00 | 48129.35 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $ 3000.00 and was paid $   811.00  direct and $   2189.00  through the plan.

The Trustee received $  2006.65 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
    Dated: 10/08/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                            PAGE  2
CASE NO. 06 B 01916 BRUCE S WALLACE & SURAYYAH S WALLACE
```